DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. DAVIDSON

No. 695P85.

Case below: 77 N.C. App. 540.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. HARPER

No. 739P85.

Case below: 56 N.C. App. 643.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1986.

STATE v. HENSLEY

No. 677P85.

Case below: 77 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. HICKLIN

No. 696P85.

Case below: 77 N.C. App. 460.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. McQUAIG

No. 680P85.

Case below: 77 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.